[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 18, 2012
JOHN LEY
CLERK

No. 11-13729
Non-Argument Calendar
_____

D.C. Docket No. 1:95-cr-00137-KD-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERRY DEAN RILEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(January 18, 2012)

Before MARCUS, MARTIN and COX, Circuit Judges.

PER CURIAM:

Kristen Rogers, appointed counsel for Jerry Dean Riley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Riley's revocation of supervised release and sentence are **AFFIRMED.**